Matilde ROSALES, Plaintiff—Appellee

v.

Jose PENA, In his individual and official capacity; William Phillips, In his individual and official capacity, Defendants—Appellants.

No. 08–10575
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 28, 2008.

Susan E. Hutchison, Foreman Lewis & Hutchison, Grapevine, TX, for Plaintiff–Appellee.

James Thomas Jeffrey, Jr., Law Offices of Jim Jeffrey, Arlington, TX, for Defendants–Appellants.

Before REAVLEY, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

These police officers appeal from the district court's judgment denying their qualified immunity defense to plaintiff's claim of assault and battery in the course of an unlawful arrest. Appellants' briefs present a spirited advocacy of the record on their behalf. That will not suffice in view of the district court's decision that fact issues are raised by the evidence in favor of the plaintiff's claim. This court therefore lacks jurisdiction of the appeal. See *Kinney v. Weaver*, 367 F.3d 337, 348 (5th Cir.2004).

DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.